GARY M. RESTAINO
United States Attorney
District of Arizona
SERRA M. TSETHLIKAI
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: serra.tsethlikai@usdoj.gov
Attorneys for Plaintiff

FILED
2024 JUN 26 PM 3:15
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR24-03875 TUC-SHR(BGM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | **I N D I C T M E N T** |
|---|---|
| Plaintiff, | Violations: |
| vs. | 18 U.S.C. § 922(a)(6) and 924(a)(2) (False Statement During Purchase of a Firearm) Counts 1 and 2 |
| Danield Najera-Armenta, | |
| Defendant. | 18 U.S.C. § 924(d); 28 U.S.C. § 2461(c) Forfeiture Allegation |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about July 10, 2019, in the District of Arizona, the defendant DANIELD NAJERA-ARMENTA, in connection with the attempted acquisition of two firearms, that is, one (1) Anderson Manufacturing AM15 rifle, bearing serial number 18289944, and one (1) Century Arms Micro Draco pistol, bearing serial number PMD-11367-17, from Ammo A-Z, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made false and fictitious written statements to Ammo A-Z, which statements were intended and likely to deceive Ammo A-Z, as to a fact material to the lawfulness of such sale of the said firearms to the defendant under Chapter 44 of Title 18, in that the defendant, while filling out Form 4473 checked the box "Yes" that he was the actual transferee/buyer of said firearms when in fact he was acquiring the firearms on behalf of another person.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 2

On or about August 31, 2019, in the District of Arizona, the defendant DANIELD NAJERA-ARMENTA, in connection with the attempted acquisition of three firearms, that is, one (1) Pioneer Arms Corp. Hellpup pistol, bearing serial number PAC1127371, one (1) Pioneer Arms Corp. Hellpup pistol, bearing serial number PAC1127380, and one (1) Pioneer Arms Corp. Hellpup pistol, bearing serial number PAC1127398, from Ammo A-Z, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made false and fictitious written statements to Ammo A-Z, which statements were intended and likely to deceive Ammo A-Z, as to a fact material to the lawfulness of such sale of the said firearms to the defendant under Chapter 44 of Title 18, in that the defendant, while filling out Form 4473 checked the box "Yes" that he was the actual transferee/buyer of said firearms when in fact he was acquiring the firearms on behalf of another person.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## FORFEITURE ALLEGATION

Upon conviction of Counts 1 and 2 of the Indictment, the defendant, DANIELD NAJERA-ARMENTA, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

- one Anderson Manufacturing AM15 rifle, bearing serial number 18289944;
- one Century Arms Micro Draco pistol, bearing serial number PMD-11367-17;
- one Pioneer Arms Corp. Hellpup pistol, bearing serial number PAC1127371;
- one Pioneer Arms Corp. Hellpup pistol, bearing serial number PAC1127380; and
- one Pioneer Arms Corp. Hellpup pistol, bearing serial number PAC1127398.

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of

*United States of America v. Danield Najera-Armenta*
*Indictment Page 2 of 3*

the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c) and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Dated: June 26, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR PUBLIC DISCLOSURE

/s/
Serra M. Tsethlikai
Assistant U.S. Attorney